UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60253-MOORE/SNOW

UNITED STATES OF AMERICA,

vs.

JEREMY WAXMAN,
LAWRENCE ALEXANDER,
DEAN ZUSMER,
RONALD DAVIDOVIC, and
UMUT VARDAR,

     Defendants.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

This cause is before the Court on the Unopposed Motion by the United States of America for a Protective Order (ECF No. 56), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED and ADJUDGED that the Government's Unopposed Motion for a Protective Order (ECF No. 56) is GRANTED as follows:

1. The Government is authorized to disclose the discovery in its possession.

2. Counsel of record for the Defendants shall hold the discovery produced pursuant to this Order in strict confidence. Therefore, defense counsel shall restrict access to the discovery and shall disclose the discovery to his or her client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes it necessary to assist in the defense of his or her client in this matter (collectively, "Authorized Recipient(s)").

3. Before or when disclosing any discovery to any Authorized Recipient, counsel of record for the Defendants shall (a) deliver a copy of this Protective Order to the Authorized Recipient, (b) advise the Authorized Recipient that the discovery is subject to this Protective Order and should be held in strict confidence and (c) advise the Authorized Recipient that any further disclosure or dissemination is prohibited without defense counsel's express consent.

DONE AND ORDERED at Fort Lauderdale, Florida this 27th day of October, 2021.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record