**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-60253-MOORE**

UNITED STATES OF AMERICA

vs.

JEREMY WAXMAN,

                    Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately April 2014, and continuing through in or around approximately April 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant, JEREMY WAXMAN ("WAXMAN"), knowingly and willfully conspired and agreed with his co-conspirators, including Ronald Davidovic, Umut Vardar, Steven Caplan, Dean Zusmer, and others, to commit health care fraud and wire fraud, that is: (a) to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare and Medicare Advantage, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and (b) to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and

fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343. Medicare and Medicare Advantage plans are each a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare and Medicare Advantage plans are each a health care benefit program affecting commerce. WAXMAN also knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

WAXMAN owned and operated four durable medical equipment ("DME") companies: Equilibrium Medical Supply Inc. ("Equilibrium"); Silent Hill Bracing and Orthopedic Supplies, LLC ("Silent Hill"); West Bay Medical Supply, Inc. ("West Bay"); and Active Assist DME, Inc. ("Active Assist") (collectively, the "DME Companies"). WAXMAN was the sole owner and operator of Equilibrium. On multiple occasions, WAXMAN falsely certified to Medicare that he, as well as Equilibrium, would comply with all Medicare rules and regulations and federal laws, including the Federal Anti-Kickback Statute, the requirement not to knowingly present or cause to

be presented a false and fraudulent claim for payment by Medicare, and the requirement not to submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

In order to avoid scrutiny and ensure that he could constantly bill Medicare and Medicare Advantage, even if Equilibrium was audited or otherwise subject to regulatory scrutiny, WAXMAN acquired beneficial ownership interests in other DME suppliers, including Silent Hill, West Bay, and Active Assist. WAXMAN paid individuals, including Lawrence Alexander, Dean Zusmer, and Steven Caplan, to establish these DME suppliers in their own or family members' names and to enroll with Medicare as the sole owners of these DME suppliers, thereby concealing WAXMAN's ownership and management role in the companies.

For example, WAXMAN and Lawrence Alexander caused multiple CMS Forms 855S to be submitted to Medicare on behalf of Silent Hill, falsely representing to Medicare that Lawrence Alexander's relative was the sole owner and managing employee of Silent Hill. In reality, both Lawrence Alexander and WAXMAN maintained an ownership role. WAXMAN managed Silent Hill's day-to-day operations. Similarly, at WAXMAN's direction, Steven Caplan signed CMS Form 855S on behalf of West Bay, in which Caplan falsely represented to Medicare that he was the sole owner and managing employee of West Bay, and Dean Zusmer signed CMS Form 855S on behalf of Active Assist, in which Zusmer falsely represented to Medicare that he was the sole owner and managing employee of Active Assist. In reality, WAXMAN maintained an ownership and management interest in both West Bay and Active Assist, which was concealed from Medicare.

Furthermore, WAXMAN and others paid and caused to be paid kickbacks and bribes to patient recruiters, including Ronald Davidovic and Umut Vardar, through Lead Creations, as well

as other marketing companies, in exchange for referring beneficiaries and doctors' orders for braces to Equilibrium Silent Hill, West Bay, and Active Assist.  WAXMAN also paid and caused to be paid kickbacks and bribes to telemedicine companies in exchange for doctors' orders for braces that were not medically necessary and not eligible for Medicare and Medicare Advantage reimbursement.  WAXMAN knew that the doctors contracted with the telemedicine companies had no prior relationship with the beneficiaries, were not treating the beneficiaries, and did not conduct a proper telemedicine visit.  WAXMAN used a shell management company called Balance Advisors, Inc. ("Balance Advisors") to collect reimbursements from the DME Companies for expenses that WAXMAN fronted, including, among other expenses, payments for doctors' orders.

WAXMAN and others disguised the nature and scope of the kickbacks and bribes by designating payments as "marketing" or "business process outsourcing" services, entering into sham contracts, and generating fraudulent invoices.

WAXMAN also falsified or caused others to falsify paperwork to maximize the likelihood that such claims would be paid by Medicare or Medicare Advantage.  WAXMAN referred to this process as "borgata" or "arts and crafts."

Between in or around April 2014, and continuing through in or around April 2019, WAXMAN and his co-conspirators caused Equilibrium, Silent Hill, West Bay, and Active Assist to submit at least $31,435,359 in false and fraudulent claims for reimbursement from Medicare and Medicare Advantage plans for DME that was not medically necessary and that was procured through the payment of illegal kickbacks.  Medicare and Medicare Advantage plans paid at least $15,769,334 on these claims.

4

On or about April 3, 2020, during the COVID-19 pandemic, WAXMAN submitted an application on behalf of Equilibrium to obtain an Economic Injury Disaster Loan ("EIDL"). In the application, WAXMAN falsely represented, among other things, that Equilibrium was "not engaged in any illegal activity." On or about June 10, 2020, WAXMAN submitted an executed EIDL Loan Authorization and Agreement in the amount of $89,600. Also on or about June 10, 2020, WAXMAN secured a second EIDL loan in the amount of $150,000 in the same fraudulent manner on behalf of Balance Advisors (by falsely representing, among other things, that Balance Advisors was "not engaged in any illegal activity"), for a total of $239,600 in fraudulently obtained EIDL loans.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me.  It does not include all of the facts known to me concerning criminal activity in which I and others engaged.  I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 8/16/22

JEREMY WAXMAN
Defendant

BRADLEY HORENSTEIN, ESQ.
LAUREN DOYLE, ESQ.
Attorneys for Jeremy Waxman

JAMIE DE BOER
DOJ Trial Attorney